IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LATOYA MACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:12cv1060-MHT |
| MARTHA UNDERWOOD, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Martha Underwood's motion to dismiss (doc. no. 24) is granted.

(2) This case is dismissed with prejudice.

(3) Costs are taxed against plaintiff Latoya Mace, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of August, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE